Greg Brower, Esq.
Nevada Bar No. 5232
Craig S. Denney, Esq.
Nevada Bar No. 6953
Justin R. Cochran, Esq.
Nevada Bar No. 11939
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: gbrower@swlaw.com
       cdenney@swlaw.com
       jcochran@swlaw.com

Tim Johnson, Esq.
(*Pro Hac Vice Forthcoming*)
Nicholas P. Dickerson, Esq.
(*Pro Hac Vice Forthcoming*)
Locke Lord L.L.P.
600 Travis St., Suite 2800
Houston, TX 77002
Telephone: (713) 226-1114
Facsimile: (713) 229-2606
Email: tjohnson@lockelord.com
       ndickerson@lockelord.com

*Attorneys for Defendant*
James I. "Assi" Jariv

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, Plaintiff, vs. JAMES I. "ASSI" JARIV, et al., Defendant. | CASE NO. 2:14-CR-006-APG-GWF  **SUBSTITUTION OF ATTORNEYS AND DESIGNATION OF RETAINED COUNSEL** |
|---|---|

Defendant JAMES I "ASSI" JARIV, hereby substitutes and appoints Greg Brower, Esq., Craig S. Denney, Esq. and Justin R. Cochran, Esq. of SNELL & WILMER L.L.P. to represent him as local counsel in the above-entitled matter in place and stead of Luis J. Rojas, Esq. of the law firm of STEIN ROJAS.[1]

---

[1] Counsel for Mr. Jariv, Tim Johnson and Nicholas P. Dickerson of the firm Locke Lord LLP, reside in Texas and will submit their *pro hac vice* forms and payment pursuant to Local Rule IA 10-2 by the end of this week.

- 1 -

1  All future correspondence, notices, and pleadings are to be directed to Greg Brower, Esq.,
2  Craig S. Denney, Esq. and Justin R. Cochran, Esq. of SNELL & WILMER L.L.P., 3883 Howard
3  Hughes Pkwy, Suite 1100 Las Vegas, Nevada; Telephone (702) 784-5200, Facsimile (702) 784-
4  5252.
5  Dated: January ____, 2014.

*[signature]*
James I. "Assi" Jarip

9  I consent to the above substitution.
10  Dated: January 13, 2014.

STEIN & ROJAS

By: *[signature]*
Luis J. Rojas, Esq.
520 S. Fourth Street
Las Vegas, NV 89101

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

- 2 -

18971379

Greg Brower, Esq., Craig S. Denney, Esq. and Justin R. Cochran, Esq. of SNELL & WILMER L.L.P. hereby accept substitution as local counsel for JAMES I. "ASSI" JARIV, for all purposes in the above-entitled action, in place and stead of Luis J. Rojas, Esq. of the law firm of STEIN ROJAS

Dated January 28th, 2014          SNELL & WILMER L.L.P.

By: _____
Greg Brower, Esq.
Nevada Bar No. 5232
Craig S. Denney, Esq.
Nevada Bar No. 6953
Justin R. Cochran, Esq.
Nevada Bar No. 11939
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252

Tim Johnson, Esq.
(*Pro Hac Vice Forthcoming*)
Nicholas P. Dickerson, Esq.
(*Pro Hac Vice Forthcoming*)
Locke Lord L.L.P.
600 Travis St., Suite 2800
Houston, TX 77002
Telephone: (713) 226-1114
Facsimile: (713) 229-2606

*Attorneys for Defendant*
James I. "Assi" Jariv

**IT IS SO ORDERED:**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:** February 19, 2014

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEYS AND DESIGNATION OF RETAINED COUNSEL** by the method indicated:

| | |
|---|---|
| XXXX | CM/ECF |
| _____ | U. S. Mail |
| _____ | Facsimile Transmission |
| _____ | Federal Express Overnight |
| _____ | Hand Delivery |

and addressed to the following:

Wayne D. Hettenbach, Esq.
Crane M. Pomerantz, Esq.
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101

Attorney for Plaintiff

DATED February 17th, 2014.

_____
An Employee of Snell & Wilmer L.L.P.

- 4 -

18671379