UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES I. "ASSI" JARIV,<br>Defendant. | Case No. 2:14-cr-0006-APG-GWF<br><br>**ORDER RETURNING CASH DEPOSIT**<br><br>(Dkt. #83) |
|---|---|

Defendant James Jariv has moved (Dkt. #83) for return of the $100,000 cash deposit tendered on his behalf in connection with the appearance bond previously ordered (Dkt. #72). The Government has not opposed Mr. Jariv's motion. The bond was to secure Mr. Jariv's release pending trial. Although I granted Mr. Jariv's release in this matter, he apparently has been detained in connection with a matter pending against him in the Southern District of Texas. Because Mr. Jariv remains in custody, there is no need for the cash deposit. Good cause appearing,

IT IS HEREBY ORDERED that the $100,000.00 cash deposit be returned to its rightful owners, specifically $50,000 to Varda Jariv and $50,000 to David Benbashat. Should Mr. Jariv be released from custody in the Southern District of Texas, he must reinstate the $100,000 cash bond before being released from custody in connection with this case.

Dated: May 29, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE