# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00006-APG-GWF |
| vs. ) | **ORDER** |
| JAMES I. "ASSI" JARIV, and NATHAN "NATI" ) STOLIAR, aka NATAN STOLIAR, ) | |
| Defendants. ) | |

This matter is before the Court on the Unopposed Motion to Extend Pretrial Motions Deadline (#94) filed August 4, 2014. Upon review and consideration,

**IT IS HEREBY ORDERED** that the Unopposed Motion to Extend Pretrial Motions Deadline (#94) is **granted**. The parties have up to and including **September 5, 2014** within which to file pretrial motions. If the matter is not resolved by September 5, 2014, the parties should file a motion or stipulation for extension of the pretrial motions deadline and trial date.

DATED this 5th day of August, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge