

FILED

AUG - 5 2015

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

1
2
3
4
5

6           **UNITED STATES DISTRICT COURT**

7               **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,                    )
                                                )
9                    Plaintiff,                 )
                                                )
10            v.                                 )    2:14-CR-006-APG-(GWF)
                                                )
11  JAMES I. "ASSI" JARIV,                       )
                                                )
12                   Defendant.                  )
   _____     )

13              **FINAL ORDER OF FORFEITURE**

14          The United States District Court for the District of Nevada entered a Preliminary Order of

15  Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section

16  981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section

17  981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section

18  982(a)(1); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant

19  JAMES I. "ASSI" JARIV to the criminal offenses, forfeiting the property set forth in the Plea Agreement,

20  the Second Amended Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and

21  shown by the United States to have the requisite nexus to the offense to which defendant JAMES I.

22  "ASSI" JARIV pled guilty.  Criminal Indictment, ECF No. 1; Second Amended Bill of Particulars, ECF

23  No. 181; Change of Plea, ECF No. 206; Plea Agreement, ECF No. 207; Preliminary Order of Forfeiture,

24  ECF No. 209.

25          This Court finds the United States of America published the notice of forfeiture in accordance

26  with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from

May 1, 2015, through May 30, 2015, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 223.

On May 1, 2015, the United States Attorney's Office served AgriBioFuels, LLC, Edward C. Gaiennie, Managing Member, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for AgriBioFuels, LLC, Edward C. Gaiennie, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Atlantic Trading & Marketing, President and CEO, Eric Montsajon, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Atlantic Trading & Marketing, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served BP Products North America, S. Cornell, President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order

1  through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail,
2  ECF No. 224.

3       On May 1, 2015, the United States Attorney's Office served Registered Agent for BP Products
4  North America, Prentice Hall Corporation, with copies of the Notices, Preliminary Orders of Forfeiture,
5  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and
6  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of
7  Process – Mail, ECF No. 224.

8       On May 1, 2015, the United States Attorney's Office served CITGO Petroleum Corporation,
9  Nelson P. Martinez, CEO and President, with copies of the Notices, Preliminary Orders of Forfeiture,
10  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and
11  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of
12  Process – Mail, ECF No. 224.

13       On May 1, 2015, the United States Attorney's Office served Chevron U.S.A., Inc., John Watson,
14  CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of
15  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular
16  and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

17       On May 1, 2015, the United States Attorney's Office served Registered Agent for Chevron,
18  U.S.A., Inc., Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture,
19  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and
20  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of
21  Process – Mail, ECF No. 224.

22       On May 1, 2015, the United States Attorney's Office served E.D.&F. ManBiofuels, Inc., Ian
23  Falshaw, Vice-President, Director, with copies of the Notices, Preliminary Orders of Forfeiture,
24  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and
25  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of
26  Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for E.D.&F. ManBiofuels, Inc., CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Exxon Mobile Corporation, Rex W. Tillerson, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Exxon Mobil Corporation, Corporation Service, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Farstad Oil, Inc., Bruce Hest, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Farstad Oil, Inc., CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Flint Hill Resources, LP, Brad Razook, President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

1    Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

2    regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

3    224.

4             On May 1, 2015, the United States Attorney's Office served Registered Agent for Flint Hill

5    Resources, LP, The Corporation Company, Inc., with copies of the Notices, Preliminary Orders of

6    Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

7    Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

8    Filing Service of Process – Mail, ECF No. 224.

9             On May 1, 2015, the United States Attorney's Office served George E. Warren Corporation,

10   Michael E. George, TD, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

11   Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

12   Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

13   Mail, ECF No. 224.

14            On May 1, 2015, the United States Attorney's Office served Registered Agent for George E.

15   Warren Corporation, CT Corporation System, with copies of the Notices, Preliminary Orders of

16   Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

17   Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

18   Filing Service of Process – Mail, ECF No. 224.

19            On May 1, 2015, the United States Attorney's Office served Hess Corporation, John B. Hess,

20   CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

21   Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular

22   and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

23            On May 1, 2015, the United States Attorney's Office served Registered Agent for Hess

24   Corporation, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of

25   Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

26   ///

Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Houston Refining, LP, James L. Gallogly, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Houston Refining, LP, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Holly Frontier Refining & Marketing, LLC, Michael C. Jennings, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Registered Agent for Holly Frontier Refining & Marketing, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 1, 2015, the United States Attorney's Office served Irving Oil Terminals, Inc., Paul Browning, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

/ / /

1 | Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

2 | Mail, ECF No. 224.

3 | On May 1, 2015, the United States Attorney's Office served Registered Agent for Irving Oil

4 | Terminals, Inc., CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture,

5 | Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

6 | Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

7 | Process – Mail, ECF No. 224.

8 | On May 4, 2015, the United States Attorney's Office served Kempler & Company, Inc. c/o

9 | Joseph Mamounas, Esq., of Bilzen Sumberg, with copies of the Notices, Preliminary Orders of Forfeiture,

10 | Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

11 | Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

12 | Process – Mail, ECF No. 224.

13 | On May 4, 2015, the United States Attorney's Office served Lansing Trade Group, LLC, Bill

14 | Krueger, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

15 | Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

16 | regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

17 | 224.

18 | On May 4, 2015, the United States Attorney's Office served Registered Agent for Lansing Trade

19 | Group, LLC, The Corporation Company, Inc., with copies of the Notices, Preliminary Orders of

20 | Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

21 | Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

22 | Filing Service of Process – Mail, ECF No. 224.

23 | On May 4, 2015, the United States Attorney's Office served Lukoil Pan Americas, LLC, Simon

24 | Fenner, Managing Director, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

25 | Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

26 | / / /

1  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

2  Mail, ECF No. 224.

3        On May 4, 2015, the United States Attorney's Office served Registered Agent for Lukoil Pan

4  Americas, LLC, CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture,

5  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

6  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

7  Process – Mail, ECF No. 224.

8        On May 4, 2015, the United States Attorney's Office served Marathon Petroleum Company, LP,

9  Gary R. Heminger, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture,

10  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

11  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

12  Process – Mail, ECF No. 224.

13        On May 4, 2015, the United States Attorney's Office served Registered Agent for Marathon

14  Petroleum Company, LP, CT Corporation System, with copies of the Notices, Preliminary Orders of

15  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

16  Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

17  Filing Service of Process – Mail, ECF No. 224.

18        On May 4, 2015, the United States Attorney's Office served Morgan Stanley Capital Group,

19  Simon T.W. Greenshields, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

20  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

21  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

22  Mail, ECF No. 224.

23        On May 4, 2015, the United States Attorney's Office served Registered Agent for Morgan

24  Stanley Capital, CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture,

25  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

26  / / /

1    Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of
2    Process – Mail, ECF No. 224.
3         On May 4, 2015, the United States Attorney's Office served Motiva Enterprises, LLC, Dan
4    Romasko, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement
5    Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture
6    Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –
7    Mail, ECF No. 224.
8         On May 4, 2015, the United States Attorney's Office served Registered Agent for Motiva
9    Enterprises, LLC, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of
10   Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and
11   Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of
12   Filing Service of Process – Mail, ECF No. 224.
13        On May 4, 2015, the United States Attorney's Office served Murphy Oil USA, Inc., R.A. Clyde,
14   President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of
15   Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular
16   and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.
17        On May 4, 2015, the United States Attorney's Office served Registered Agent for Murphy Oil
18   USA, Inc., The Corporation Company, Inc., with copies of the Notices, Preliminary Orders of Forfeiture,
19   Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and
20   Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of
21   Process – Mail, ECF No. 224.
22        On May 4, 2015, the United States Attorney's Office served NIC Holding Corporation, Elizabeth
23   McConaghy, General Counsel, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement
24   Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture
25   Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –
26   Mail, ECF No. 224.

1    On May 4, 2015, the United States Attorney's Office served Northwest Petroleum Company,

2  Thomas F. Kenneally, Sr., President, with copies of the Notices, Preliminary Orders of Forfeiture,

3  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

4  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

5  Process – Mail, ECF No. 224.

6    On May 4, 2015, the United States Attorney's Office served Registered Agent for Northwest

7  Petroleum Company, Thomas E. Richardson, with copies of Notices, Preliminary Orders of Forfeiture,

8  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

9  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

10  Process – Mail, ECF No. 224.

11    On May 4, 2015, the United States Attorney's Office served Phillips 66 Company, Greg Garland,

12  CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

13  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular

14  and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

15    On May 4, 2015, the United States Attorney's Office served Registered Agent for Phillips 66

16  Company, United States Corporation Company, with copies of the Notices, Preliminary Orders of

17  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

18  Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

19  Filing Service of Process – Mail, ECF No. 224.

20    On May 4, 2015, the United States Attorney's Office served Shell Oil Products, Ben van Buerden,

21  CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

22  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular

23  and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

24    On May 5, 2015, the United States Attorney's Office served Shell Oil Company, Shell Legal

25  Services US, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry

26  of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Registered Agent for Shell Oil Company, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Statoil Marketing & Trading, Helge Lund, President and CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Registered Agent for Statoil Marketing & Trading, Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Sunoco, Inc., Brian P. MacDonald, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Registered Agent for Sunoco, Inc., Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

1    On May 5, 2015, the United States Attorney's Office served Tesoro Corporation, Gregory J. Goff,
2  CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of
3  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular
4  and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

5    On May 5, 2015, the United States Attorney's Office served Registered Agent for Tesoro
6  Corporation, Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture,
7  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and
8  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of
9  Process – Mail, ECF No. 224.

10    On May 5, 2015, the United States Attorney's Office served Toledo Refining Company, LLC,
11  Thomas Nimbley, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement
12  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture
13  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –
14  Mail, ECF No. 224.

15    On May 5, 2015, the United States Attorney's Office served Registered Agent for Toledo
16  Refining, CT Corporation System, with copies of the Notices, Preliminary Orders of Forfeiture,
17  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and
18  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of
19  Process – Mail, ECF No. 224.

20    On May 5, 2015, the United States Attorney's Office served US Venture, Inc., John Schmidt,
21  President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of
22  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular
23  and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

24    On May 5, 2015, the United States Attorney's Office served Registered Agent for US Venture,
25  Inc., John A. Schmidt, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement
26  for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order

1  through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail,

2  ECF No. 224.

3        On May 5, 2015, the United States Attorney's Office served Valero Energy Corporation, William

4  R. Kleese, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

5  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

6  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

7  224.

8        On May 5, 2015, the United States Attorney's Office served Registered Agent for Valero Energy

9  Corporation, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of

10  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

11  Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

12  Filing Service of Process – Mail, ECF No. 224.

13        On May 5, 2015, the United States Attorney's Office served Western Refining Company, Jeff A.

14  Stevens, CEO, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

15  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

16  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

17  224.

18        On May 5, 2015, the United States Attorney's Office served Registered Agent for Western

19  Refining Company, The Corporation Trust Company, with copies of the Notices, Preliminary Orders of

20  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

21  Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of

22  Filing Service of Process – Mail, ECF No. 224.

23        On May 5, 2015, the United States Attorney's Office served WRB Refining, LP, with copies of

24  the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to

25  James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return

26  receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

1    On May 5, 2015, the United States Attorney's Office served Registered Agent for WRB Refining,

2  LP, Corporation Service Company, with copies of the Notices, Preliminary Orders of Forfeiture,

3  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

4  Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of

5  Process – Mail, ECF No. 224.

6    On May 5, 2015, the United States Attorney's Office served Registered Agent for MJ Biofuels,

7  LLC, Business Filings, Inc., with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

8  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

9  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

10  Mail, ECF No. 224.

11    On May 5, 2015, the United States Attorney's Office served Justin R. Chochran, Zuckerman

12  Spaeder, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

13  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

14  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

15  224.

16    On May 5, 2015, the United States Attorney's Office served Nicholas Paul Dickerson, Locke

17  Lord Bissell & Liddell, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

18  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

19  Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process –

20  Mail, ECF No. 224.

21    On May 5, 2015, the United States Attorney's Office served Tim Johnson, Locke Lord Bissell &

22  Liddell, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

23  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

24  regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No.

25  224.

26  ///

On May 5, 2015, the United States Attorney's Office served Los Angeles Assessor, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Los Angeles County District Attorney, Jackie Lacey, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Registrar-Recorder/County Clerk, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Joseph Kelly, Los Angeles County Treasurer, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Los Angeles County Board of Supervisors, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested.  Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Los Angeles County Waterworks District No. 29, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through

/ / /

regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Mike Feuer, City Attorney, The Office of the City Attorney, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Los Angeles City Clerk, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Public Works, Department of County Garbage Disposal, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served Los Angeles County City Sewer with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

On May 5, 2015, the United States Attorney's Office served SCI Consulting Group, Community Facilities District #2, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process – Mail, ECF No. 224.

/ / /

1    On May 5, 2015, the United States Attorney's Office served Registered Agent for BC Limited

2    d/b/a City Farm Biofuel, Ltd., c/o Amlani & Associates, with copies of the Notices, Preliminary Orders of

3    Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

4    Substitution and Forfeiture Order via Federal Express.  Notice of Filing Service of Process – Mail, ECF

5    No. 224.

6    On May 5, 2015, the United States Attorney's Office served Registered Agent for 0858487 B.C.

7    Ltd., Amlani & Associates, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

8    Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

9    Order via Federal Express.  Notice of Filing Service of Process – Mail, ECF No. 224.

10    On May 21, 2015, the United States Attorney's Office served Registered Agent for CITGO

11    Petroleum Corporation, CT Corporation System, with copies of the Notices, Preliminary Orders of

12    Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

13    Substitution and Forfeiture Order through regular and certified mail, return receipt requested. Notice of

14    Filing Service of Process – Mail, ECF No. 224.

15    On June 12, 2015, the United States Attorney's Office served Registered Agent for Bunge North

16    America, CSC Lawyers Inc., Service Co., with copies of the Notices, Preliminary Orders of Forfeiture,

17    Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

18    Forfeiture Order through regular and certified mail, return receipt requested. Notice of Filing Service of

19    Process – Mail, ECF No. 224.

20    On June 12, 2015, the United States Attorney's Office served Soren Schroder, President and

21    CEO, Bunge North America, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

22    Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

23    Order through regular and certified mail, return receipt requested. Notice of Filing Service of Process –

24    Mail, ECF No. 224.

25    On May 8, 2015, the Federal Bureau of Investigation personally served Moshe Moses with copies

26    of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

17

1    to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of Filing Service of

2    Process – FBI, ECF No. 226.

3            On May 12, 2015, the Federal Bureau of Investigation personally served Myungnham Jung with

4    copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

5    Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of

6    Filing Service of Process – FBI, ECF No. 226.

7            On May 13, 2015, the Federal Bureau of Investigation personally served Theresa Lloyd with

8    copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

9    Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of

10   Filing Service of Process – FBI, ECF No. 226.

11           On May 20, 2015, the Federal Bureau of Investigation personally served In Belding with copies

12   of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

13   to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of Filing Service of

14   Process – FBI, ECF No. 226.

15           On May 20, 2015, the Federal Bureau of Investigation personally served David Belding with

16   copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

17   Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of

18   Filing Service of Process – FBI, ECF No. 226.

19           On May 14, 2015, the Federal Bureau of Investigation personally served Michael H. Singer, Esq.,

20   with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

21   Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of

22   Filing Service of Process – FBI, ECF No. 226.

23           On May 12, 2015, the Federal Bureau of Investigation personally served Alexander Jariv with

24   copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

25   Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order. Amended Notice of

26   Filing Service of Process – FBI, ECF No. 226.

1    On May 12, 2015, the Federal Bureau of Investigation personally served Varda Jariv with copies

2   of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

3   to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of

4   Process – FBI, ECF No. 226.

5    On May 12, 2015, the Federal Bureau of Investigation personally served Jiwon Jariv with copies

6   of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

7   to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of

8   Process – FBI, ECF No. 226.

9    On May 19, 2015, the Federal Bureau of Investigation personally served Rentline, LLC, Jon E.

10  Fields, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

11  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended

12  Notice of Filing Service of Process – FBI, ECF No. 226.

13   On May 28, 2015, the Federal Bureau of Investigation personally served Registered Agent for

14  Rentline, LLC, James Jariv, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

15  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

16  Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

17   On May 14, 2015, the Federal Bureau of Investigation personally served Global Emarketing,

18  LLC, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

19  Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended

20  Notice of Filing Service of Process – FBI, ECF No. 226.

21   On May 28, 2015, the Federal Bureau of Investigation personally served Registered Agent for

22  Global Emarketing, LLC, James Jariv, with copies of the Notices, Preliminary Orders of Forfeiture,

23  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

24  Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

25   On May 14, 2015, the Federal Bureau of Investigation personally served City Farm Limited, Moti

26  Shapira, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

1   Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended

2   Notice of Filing Service of Process – FBI, ECF No. 226.

3          On May 14, 2015, the Federal Bureau of Investigation personally served Managing Member for

4   City Farm Limited, Moti Shapira, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

5   Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

6   Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

7          On May 14, 2015, the Federal Bureau of Investigation personally served MJ Biofuels, LLC, with

8   copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

9   Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of

10  Filing Service of Process – FBI, ECF No. 226.

11         On May 8, 2015, the Federal Bureau of Investigation personally served VA & AR Corporation,

12  Moshe Moses, President, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

13  Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

14  Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

15         On May 19, 2015, the Federal Bureau of Investigation personally served Registered Agent for VA

16  & AR Corporation, Field Law, Ltd., with copies of the Notices, Preliminary Orders of Forfeiture,

17  Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and

18  Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

19         On May 12, 2015, the Federal Bureau of Investigation personally served Registered Agent for

20  Nevada Star Development Corp., Alexander Jariv, with copies of the Notices, Preliminary Orders of

21  Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

22  Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

23         On May 14, 2015, the Federal Bureau of Investigation personally served Conroe Texas Biodiesel

24  Producers, Inc., with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

25  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.

26  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

1    On May 28, 2015, the Federal Bureau of Investigation personally served Registered Agent for

2 Conroe Texas Biodiesel Producers, Inc., James Jariv, with copies of the Notices, Preliminary Orders of

3 Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and

4 Substitution and Forfeiture Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

5    On May 14, 2015, the Federal Bureau of Investigation personally served GEG Capital with copies

6 of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of Forfeiture as

7 to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of Filing Service of

8 Process – FBI, ECF No. 226.

9    On May 28, 2015, the Federal Bureau of Investigation personally served Registered Agent for

10 GEG Capital, James Jariv, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

11 Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

12 Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

13    On May 14, 2015, the Federal Bureau of Investigation personally served TKJ Corporation with

14 copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

15 Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of

16 Filing Service of Process – FBI, ECF No. 226.

17    On May 20, 2015, the Federal Bureau of Investigation personally served DJ Real Estate, Inc., In

18 Belding, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of

19 Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended

20 Notice of Filing Service of Process – FBI, ECF No. 226.

21    On May 20, 2015, the Federal Bureau of Investigation personally served Las Vegas Resorts

22 Corporation, In Belding, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement

23 Agreement for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture

24 Order.  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

25    On May 20, 2015, the Federal Bureau of Investigation personally served BIB, LLC, In Belding,

26 with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for Entry of Order of

1  Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.  Amended Notice of

2  Filing Service of Process – FBI, ECF No. 226.

3        On May 28, 2015, the Federal Bureau of Investigation personally served Craig S. Denny, Snell &

4  Wilmer, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement for

5  Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.

6  Amended Notice of Filing Service of Process – FBI, ECF No. 226.

7        On May 28, 2015, the Federal Bureau of Investigation personally served Gregory A. Brower,

8  Snell & Wilmer, LLP, with copies of the Notices, Preliminary Orders of Forfeiture, Settlement Agreement

9  for Entry of Order of Forfeiture as to James I. Jariv and Order, and Substitution and Forfeiture Order.

10 Amended Notice of Filing Service of Process – FBI, ECF No. 226.

11       On August 4, 2015, the United States filed Notices of Errata (ECF Nos. 231 and 232) for the

12 Notice of Filing Service of Process – Mailing (ECF No. 224) to include Stoliar's name on pages one

13 and two as he was served and for the Amended Notice of Filing Service of Process – FBI (ECF No.

14 226) to include Stoliar's name in the caption as he was served and to correct the title of the document.

15       On September 23, 2014, Yakov J. Hefetz filed a Verified Petition for Ancillary Hearing (ECF

16 No. 101).  On January 12, 2015, the United States filed an Unopposed Motion to Dismiss the Verified

17 Petition of Yakov J. Hefetz for Ancillary Hearing (ECF No. 145).  On January 26, 2015, this Court

18 granted the unopposed motion to dismiss the Verified Petition of Yakov J. Hefetz for Ancillary

19 Hearing (ECF No. 157).

20       On October 1, 2014, the United States filed a Proposed Settlement Agreement for Entry of

21 Order of Forfeiture as to Miki Stoliar and Order (ECF No. 106).  On October 2, 2014, this Court

22 granted the Settlement Agreement for Entry of Order of Forfeiture as to Miki Stoliar and Order (ECF

23 No. 108).

24       On September 19, 2014, the Clark County Treasurer filed a Verified Petition (ECF No. 100).

25 On October 16, 2014, the United States filed a Proposed Settlement Agreement for Entry of Order of

26 Forfeiture as to the Clark County Treasurer and Order (ECF No. 113).  On October 16, 2014, this

1  Court granted the Settlement Agreement for Entry of Order of Forfeiture as to the Clark County

2  Treasurer and Order (ECF No. 114).

3          This Court finds no other petition was filed herein by or on behalf of any person or entity and

4  the time for filing such petitions and claims has expired.

5          This Court finds no petitions are pending with regard to the assets named herein and the time for

6  presenting such petitions has expired.

7          THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title,

8  and interest in the property hereinafter described is condemned, forfeited, and vested in the United States

9  of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18,

10  United States Code, Section 981(a)(1)(A) with Title 28, United States Code, Section 2461(c); Title 18,

11  United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18,

12  United States Code, Section 982(a)(1); and Title 21, United States Code, Section 853(n)(7) and (p) and

13  shall be disposed of according to law:

14          1.    $50,000 in lieu of the 2013 Infiniti QX56 bearing Nevada license Plate 644 WTT, VIN

15                 JN8AZ2NE5D9040252, registered to In Choi Belding;

16          2.    2011 Infiniti QX56 bearing Nevada license Plate 785 XMK, VIN JN8AZ2NF0B9502173,

17                 registered to Jiwon Jariv and James Jariv;

18          3.    $1,140,000 in lieu of REAL PROPERTY LOCATED AT 2289 BUCKINGHAM COURT,

19                 HENDERSON, NEVADA 89074, MORE PARTICULARLY DESCRIBED AS:

20                 PARCEL I:

21                 LOT SEVENTY-NINE (79) AND EIGHTY (80) IN BLOCK THREE (3) OF THE

22                 FOUNTAINS UNIT NO. 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 41 OF

23                 PLATS, PAGE 49, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK

24                 COUNTY, NEVADA.

25  / / /

26  / / /

1   PARCEL II:

2   A NON-EXCLUSIVE EASEMENT FOR THE BENEFIT OF AND APPURTENANT TO

3   PARCEL ONE (1) ABOVE DESCRIBED FOR INGRESS AND EGRESS OVER ALL

4   STREETS AND ROADWAYS AS SHOWN BY MAP OF THE FOUNTAINS UNIT NO. 2,

5   ON FILE IN BOOK 41 OF PLATS, PAGE 49 IN THE OFFICE OF THE COUNTY

6   RECORDER OF CLARK COUNTY, NEVADA, WHICH HAVE NOT BEEN

7   DEDICATED TO AND ACCEPTED FOR PUBLIC USE AND OWNERSHIP BY THE

8   CITY OF HENDERSON, TOGETHER WITH ALL IMPROVEMENTS AND

9   APPURTENANCES THEREON, APN: 178-07-711-046;

10   4.   $47,672.49 IN UNITED STATES CURRENCY IN LIEU OF REAL PROPERTY

11   LOCATED AT 2854 GEARY PLACE UNIT 3802, LAS VEGAS, NEVADA 89109, MORE

12   PARTICULARLY DESCRIBED AS:

13   PARCEL I:

14   UNIT NO. 3802 IN BUILDING 38 OF VILLAGE GREEN CONDOMINIUMS, A

15   COMMON INTEREST CONDOMINIUM DEVELOPMENT, AS SHOWN BY MAP

16   THEREOF ON FILE IN BOOK 121, OF PLATS, PAGE 60, IN THE OFFICE OF THE

17   COUNTY RECORDER, CLARK COUNTY, NEVADA AND AMENDED BY THAT

18   CERTAIN CERTIFICATE OF AMENDMENT RECORDED MAY 5, 2005 AS

19   INSTRUMENT NO. 00763 IN BOOK 20050505 OF OFFICIAL RECORDS.

20   PARCEL II:

21   ONE (1) ALLOCATED INTEREST AS TENANTS-IN-COMMON IN AND TO THE

22   COMMON AREA OF EACH PHASE OF VILLAGE GREEN CONDOMINIUMS, A

23   COMMON INTEREST CONDOMINIUM DEVELOPMENT, AS SHOWN BY MAP

24   THEREOF ON FILE IN BOOK 121 OF PLATS, PAGE 60 IN THE OFFICE OF THE

25   COUNTY RECORDER OF CLARK COUNTY, NEVADA AND AMENDED BY A

26   CERTIFICATE OF AMENDMENT RECORDED MAY 5, 2005 IN BOOK 20050505 AS

1    DOCUMENT NO. 00763, OFFICIAL RECORDS. SAID ALLOCATED INTEREST TO BE

2    A FRACTION THE NUMERATOR OF WHICH SHALL BE ONE (1), AND THE

3    DENOMINATOR WHICH SHALL BE THE NUMBER OF UNITS IN THE

4    COMMUNITY WHICH SHALL BECOME SUBJECT TO THE DECLARATION OF

5    RESTRICTIONS RECORDED FEBRUARY 4, 2005 IN BOOK 20050204 AS

6    DOCUMENT NO. 3560, OFFICIAL RECORDS.

7    EXCEPTING THEREFROM ALL UNITS AND BUILDINGS LOCATED WITHIN THE

8    ABOVE REFERENCED PLAT.

9    RESERVING THEREFROM THE RIGHT TO POSSESSION OF ALL THOSE AREAS

10    DELINEATED AS "COMMON ELEMENTS" UPON VILLAGE GREEN

11    CONDOMINIUMS, A COMMON INTEREST CONDOMINIUM DEVELOPMENT AS

12    DEFINED IN THE DECLARATION. FURTHER RESERVING THEREFROM FOR THE

13    BENEFIT OF THE OWNERS OF ALL UNITS WITHIN VILLAGE GREEN

14    CONDOMINIUMS, A COMMON INTEREST CONDOMINIUM DEVELOPMENT,

15    (EXCEPT THE UNIT REFERRED TO IN PARCEL I, HEREIN) NON-EXCLUSIVE

16    EASEMENTS FOR INGRESS, EGRESS, USE AND ENJOYMENT OF, ON, OVER AND

17    ACROSS THE COMMON ELEMENTS, AS PROVIDED FOR IN AND SUBJECT TO

18    THE DECLARATION.

19    PARCEL III:

20    THE EXCLUSIVE RIGHT OF USE, POSSESSION AND OCCUPANCY OF THOSE

21    PORTIONS THE PROJECT DESIGNATED AS "COMMON ELEMENTS" (AS DEFINED

22    IN AND SUBJECT TO THE DECLARATION), WHICH ARE APPURTENANT TO

23    PARCELS I AND II DESCRIBED ABOVE.

24    PARCEL IV:

25    NON-EXCLUSIVE EASEMENTS OF ACCESS, INGRESS AND EGRESS, USE AND

26    ENJOYMENT OF, IN AND TO THE COMMON ELEMENTS, ONLY AS TO THOSE

PORTIONS OF THE COMMON ELEMENTS WHICH LAY IN THE UNENCLOSED
PORTIONS OF UNITS AS SET FORTH IN THE DECLARATION OF COVENANTS,
CONDITIONS AND RESTRICTIONS AND GRANT AND RESERVATION OF
EASEMENTS RECORDED FEBRUARY 4, 2005 IN BOOK 20050204 AS INSTRUMENT
NO. 03560 OFFICIAL RECORDS.

PARCEL V:

ALL OF THE PRIVATE STREETS KNOWN AS OAKMONT AVENUE, OAKMONT
DRIVE AND OAKMONT PLACE ADJOINING THE LOTS DESCRIBED IN PARCEL I
ABOVE, AND AS SHOWN ON SAID MAP OF LAS VEGAS INTERNATIONAL
COUNTRY CLUB ESTATES IN BOOK 10 OF PLATS, PAGE 87, IN THE OFFICE OF
THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

PARCEL IV:

AN EASEMENT FOR INGRESS AND EGRESS TO AND FROM PARCELS I AND II
OVER VEGAS VALLEY DRIVE, AS SHOWN ON THE MAP OF LAS VEGAS
INTERNATIONAL COUNTRY CLUB ESTATES, AS PROVIDED FOR IN THAT
CERTAIN DECLARATION OF RESTRICTIONS RECORDED APRIL 7, 1969 IN BOOK
941 AS INSTRUMENT NO. 755358 IN THE OFFICE OF THE COUNTY RECORDER,
CLARK COUNTY, NEVADA, TOGETHER WITH ALL IMPROVEMENTS AND
APPURTENANCES THEREON, APN: 162-10-212-495;

5.   REAL PROPERTY LOCATED AT 820 VEGAS VALLEY DRIVE, LAS VEGAS,
NEVADA 89109, MORE PARTICULARLY DESCRIBED AS:

PARCEL ONE (1):

LOT 34 OF LAS VEGAS INTERNATIONAL COUNTRY CLUB PATIO HOUSE UNIT
NO. 7, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 15 OF PLATS, PAGE 62, IN
THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY NEVADA.

PARCEL TWO (2):

1   A PORTION OF SECTION 10, TOWNSHIP 21 SOUTH, RANGE 61 EAST M.D.B. AND

2   M. CLARK COUNTY, NEVADA; AN ADDITION TO LOT 34 OF THE LAS VEGAS

3   INTERNATIONAL COUNTRY CLUB PATION HOUSES UNIT NO. 7, AS RECORDED

4   IN BOOK 15 OF PLATS, PAGE 62, CLARK COUNTY, NEVADA RECORDERS.

5   COMMENCING AT THE NORTHEAST CORNER OF LOT 34, BEING THE TRUE

6   POINT OF BEGINNING; THENCE NORTH 05 DEGREES 45 MINUTES 10 SECONDS

7   EAST A DISTANCE OF 6.40 FEET TO A POINT; THENCE NORTH 77 DEGREES 29

8   MINUTES 19 SECONDS WEST A DISTANCE OF 34.39 FEET TO A POINT; THENCE

9   SOUTH 12 DEGREES 30 MINUTES 41 SECONDS WEST A DISTANCE OF 6.00 FEET

10  TO A POINT; THENCE SOUTH 77 DEGREES 29 MINUTES 19 SECONDS EAST A

11  DISTANCE OF 35.10 FEET TO THE TRUE POINT OF BEGINNING, TOGETHER WITH

12  ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 162-10-612-009;

13  6.   REAL PROPERTY LOCATED AT 19645 ROSITA STREET, TARZANA, CALIFORNIA

14  91356, AND MORE PARTICULARLY DESCRIBED AS: THAT PORTION OF LOT 79,

15  OF TRACT NO. 2605, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES,

16  STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 27 PAGE(S) 55 TO 75

17  INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID

18  COUNTY.

19  BEGINNING AT A POINT IN THAT CERTAIN COURSE IN THE SOUTHWESTERLY

20  LINE OF SAID LOT 79 SHOWN ON SAID MAP OF TRACT 2605 AS HAVING A

21  BEARING NORTH 66° 53′ WEST AND A LENGTH OF 499.65 FEET, DISTANT

22  THEREON NORTH 65° 53′ 00″ WEST 361.43 FEET FROM THE SOUTHEASTERLY

23  TERMINUS THEREOF, THENCE ALONG SAID SOUTHWESTERLY LINE SOUTH 66°

24  53′ 00″ EAST 149.26 FEET, THENCE NORTH 35° 01′ 33″ EAST 201.13 FEET, THENCE

25  NORTH 77° 00′ 45″ EAST 15.00 FEET TO THE NORTHEASTERLY LINE OF THE

26  LAND DESCRIBED IN PARCEL 1 IN THE DEED TO WILLIAM J. DEVINE,

RECORDED APRIL 9, 1947 AS INSTRUMENT NO. 179, IN BOOK 24453, PAGE 255 OF

OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID

COUNTY, THENCE ALONG SAID NORTHEASTERLY LINE NORTH 12° 59′ 15″

WEST 50.00 FEET, THENCE NORTHWESTERLY ALONG A TANGENT CURVE

CONCAVE SOUTHWESTERLY HAVING A RADIUS OF 113.52 FEET, A DISTANCE

OF 94.19 FEET, THENCE TANGENT TO SAID CURVE, NORTH 60° 31′ 45″ WEST

30.29 FEET, THENCE SOUTH 29° 28′ 15″ WEST 15.00 FEET, THENCE SOUTH 40° 47′

58″ WEST 128.20 FEET TO THE SOUTHEASTERLY LINE OF THE LAND

DESCRIBED IN THE DEED TO MILDRED V. DEVINE, RECORDED OCTOBER 22,

1952 AS INSTRUMENT NO. 3442, IN BOOK 40135, PAGE 307 OF OFFICIAL

RECORDS, THENCE ALONG SAID SOUTHEASTERLY LINE, SOUTH 31° 35′ 08″

WEST 35.00 FEET TO THE TRUE POINT OF BEGINNING, SAID TRUE POINT OF

BEGINNING ALSO BEING THE WESTERLY CORNER OF THE LAND DESCRIBED

IN PARCEL 1 IN THE DEED TO WILLIAM H. BALL, JR. AND WIFE RECORDED

MARCH 18, 1959 AS INSTRUMENT NO. 2214, IN BOOK D402, PAGE 332 OF

OFFICIAL RECORDS, THENCE ALONG THE WESTERLY BOUNDARY LINES OF

SAID PARCEL 1 OF THE LAND BALL, JR. AND WIFE AS FOLLOWS SOUTH 59° 07′

30″ EAST 143.93 FEET TO AN ANGLE POINT THEREIN, AND SOUTH 35° 01′ 35″

WEST 106.50 FEET TO SAID SOUTHWESTERLY LINE OF LOT 79, THENCE ALONG

SAID SOUTHWESTERLY LINE, NORTH 66° 53′ 00″ WEST 145.86 FEET; THENCE

NORTH 31° 35′ 08″ EAST 125.92 FEET TO A LINE THAT BEARS SOUTH 59° 07′ 30″

EAST AND WHICH PASSES THROUGH THE TRUE POINT OF BEGINNING;

THENCE ALONG SAID LAST MENTIONED LINE, SOUTH 59° 07′ 30″ EAST 6.75

FEET TO THE TRUE POINT OF BEGINNING,

TOGETHER WITH ALL IMPROVEMENTS AND APPURTENCES THEREON, APN:

2175-013-011;

7.   $224,128.44 in United States Currency, seized from Citibank #XXXXX7496;

8.   $24,929.91 in United States Currency, seized from Citibank #XXXXX3355;

9.   $20,054.20 in United States Currency, seized from Citibank #XXXXX3363;

10.  $86,998.40 in United States Currency, seized from Mountain America Credit Union ("MACU") #XXX7251;

11.  $15,076.92 in United States Currency, seized from MACU #XXX9831;

12.  $41,828.53 in United States Currency, seized from MACU #XXX2703;

13.  $115,964.46 in United States Currency, seized from MACU #XXX6537;

14.  $134,722.29 in United States Currency, seized from MACU #XXX7452;

15.  $22,347.20 in United States Currency, seized from MACU #XXX5447;

16.  $207,830.06 in United States Currency, seized from Charles Schwab #XXXX- 0164;

17.  $50,556.65 in United States Currency, seized from Bank of America #XXXXXXXX9158;

18.  $43,154.28 in United States Currency, seized from Wells Fargo #XXXXXX1496;

19.  $86,773.95 in United States Currency, seized from Wells Fargo #XXXXXX7675;

20.  $900.00 in United States Currency;

21.  gold Bulgari chronograph, on synthetic strap;

22.  a diamond tennis bracelet, approximately six inches long;

23.  a white metal necklace, approximately sixteen inches long, with small diamonds in a circular pattern;

24.  a white metal necklace, approximately sixteen inches long, with a reddish-orange pendant;

25.  $21,722.74 in lieu of any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Angel Toledo, loan number 18898-0, in the amount of $19,978.41 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

///

26.  any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Elizabeth Canalas, loan number 19266-0, in the amount of $126,000 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

27.  any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Jesus Rivera Espinoza, loan number 19244-0, in the amount of $42,000.00 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

28.  $24,572.26 in lieu of all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Jesus Rivera Espinoza, loan number 19255-0, in the amount of $22,911.43 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

29.  $80,506.67 in lieu of all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and KOI Investments, Inc., Keith and Beth Oliver, loan number 19366-0, in the amount of $80,000 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

30.  any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Landmax Properties, LLC, Olukayode Adewole, loan number 19365-0, in the amount of $21,500 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

/ / /

31. $56,872.62 in lieu of any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Minerva Y. Lugo, loan number 19241-0, in the amount of $49,999.32 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

32. any and all debt between JARIV Companies including Evergreen Asset Trust, GEG Capital, and TKJ Corp., and Jesus Adan Felix Rodriguez, loan number 18577-0, in the amount of $24,959.09 and any payments due, principal due or interest accrued on the debt, located at Weststar Mortgage Corporation, dba Weststar Loan Servicing Corp., 2340 Paseo Del Prado, Suite D 104, Las Vegas, Nevada 89102;

33. Any and all funds in Bank of Montreal account #XXX2936, in the name of City Farm Biofuel Ltd.;

34. Any and all funds in Bank of Montreal account #XXX5322, in the name of City Farm Biofuel Ltd.;

35. Any and all funds in Bank of Montreal account #XXXXXX1226, account name unknown;

36. Any and all funds in Bank of Montreal account #XXX1242, account name uncertain, possibly in the name of 0858487 BC Ltd.;

37. Any and all funds in Bank of Montreal account #XXX9053, account name uncertain, possibly in the name of 0858487 BC Ltd.;

38. $942,016 in United States Currency;

39. $23,437.33 in United States Currency; and

40. $4,000,000 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

31

1    The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified

2    copies to the United States Attorney's Office.

3    DATED this 5th day of August, 2015.

4

5

6    _____

7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26