# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:14-cr-00006-APG-GWF |
| vs. ) | **ORDER** |
| JAMES I. "ASSI" JARIV, and NATHAN "NATI" STOLIAR, aka NATAN STOLIAR, ) | |
| Defendants. ) | |

This matter is before the Court on the Motion of Tim Johnson and Nicolas P. Dickerson, of the law firm Locke Lord LLP, and Greg Brower and Craig S. Denney, of the law firm Snell & Wilmer, L.L.P., to Withdraw as Counsel for Defendant James I. "Assi" Jariv (#239), filed on September 15, 2015.

Counsel represents that they have fulfilled their obligations to the Defendant, who was sentenced on August 18, 2015. *See* Judgment (#237). Counsel represents that there are no outstanding issues and no pending matters in this action. Good cause appearing, the motion will be granted. Accordingly,

**IT IS HEREBY ORDERED** that the Motion of Tim Johnson and Nicolas P. Dickerson, of the law firm Locke Lord LLP, and Greg Brower and Craig S. Denney, of the law firm Snell & Wilmer, L.L.P., to Withdraw as Counsel for Defendant James I. "Assi" Jariv (#239) is **granted**.

**DATED** this 16th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge