**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JAMES I. "ASSI" JARIV,<br><br>                Defendant. | Case No. 2:14-cr-0006-APG-GWF<br><br>**Order (1) Appointing Counsel, and (2) Sealing Financial Affidavit**<br><br>[ECF Nos. 257, 258] |

      I HEREBY ORDER that defendant James Jariv's motion for appointment of counsel **(ECF No. 257) is granted**.

      I FURTHER ORDER that Jariv's motion to file his financial affidavit under seal **(ECF No. 258) is granted**. The financial affidavit filed at **ECF No. 258-1 shall remain sealed**, but the motion itself, filed at ECF No. 258, shall be unsealed.

      DATED THIS 3rd day of March, 2023.

                                                                     UNITED STATES DISTRICT JUDGE